AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States of America<br>v.<br>LIONEL HANST<br><br>*Defendant* | ) ) ) ) ) | Case No.  22-CR-75 (ENV) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/16/2022

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Brian Blais; Ryan Rohlfsen; Sean Seelinger
*Printed name of defendant's attorney*

s/ENV
_____
*Judge's signature*

HON. ERIC N. VITALIANO, U.S.D.J.
*Judge's printed name and title*