AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:22-cr-00075-ENV-1 |
| Lionel Hanst | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Lionel Hanst.

Date: 03/17/2022

/s/ Brian R. Blais
*Attorney's signature*

Brian R. Blais (#4740320)
*Printed name and bar number*
Ropes & Gray LLP
1211 6th Avenue
New York, New York 10036

*Address*

brian.blais@ropesgray.com
*E-mail address*

(212) 596-9757
*Telephone number*

(646) 728-1822
*FAX number*