BEFORE HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

DATE: 3/16/2022

CRIMINAL CAUSE FOR GUILTY PLEA/ CURCIO HEARING/STATUS CONFERENCE/BOND APPLICATION
(In-Person)

**DOCKET # 22cr75 (ENV)**

| Defendant | COUNSEL |
|---|---|
| Lionel Hanst | Brian Blaise |
| | Ryan Rohlfsen |
| | Sean Seelinger |

AUSA: Jonathan Lax, Derrek Ettinger and Adam Schwartz

CURCIO COUNSEL: ANTHONY RICCO

Interpreter: n/a

COURT REPORTER: Denise Parisi

Pretrial Officer: n/a

Courtroom Deputy: William Villanueva

X     GOVERNMENT ADVISED OF ITS BRADY OBLIGATIONS

X     CURCIO HEARING: COURT APPOINTED CJA COUNSEL ANTHONY RICCO AS CURCIO COUNSEL. DEFENDANT ADVISED OF HIS RIGHT TO CONFLICT FREE COUNSEL. DEFENDANT WAIVES HIS RIGHTS.

X     DEFENDANTS SWORN

X     CASE CALLED FOR PLEADING

X     DEFENDANT WAIVES INDICTMENT

X     DEFENDANTS ENTERS A PLEA OF GUILTY TO COUNT 1 OF THE INFORMATION

X     COURT FINDS THAT THE PLEA WAS MADE KNOWINGLY & VOLUNTARILY AND NOT COERCED. COURT FINDS FACTUAL BASIS FOR THE PLEA & ACCEPTS PLEA OF GUILTY TO COUNT 1 OF THE INFORMATION

X     SENTENCING WILL BE SCHEDULED AFTER THE PSR IS COMPLETE

Time in Court: 45 MINUTES